UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SYVLIA FLORES, Plaintiff v. CAROLYN W. COLVIN, Acting Commissioner of Social Security, Defendant. | Case No. 8:15-cv-1025-GJS **JUDGMENT** |
|---|---|

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is AFFIRMED and this action is DISMISSED WITH PREJUDICE.

DATED: March 28, 2016

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE